

**MEMORANDUM OPINION**

No. 04-10-00333-CV

**IN RE** Gerarda Escamilla **LUNA**, As Next Friend of Minors Yazmin Alejandra Escamilla and
Andreina Torres Escamilla

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Sandee Bryan Marion, Justice

Delivered and Filed:   May 26, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On April 29, 2010, relator filed a petition for writ of mandamus and an emergency motion
for temporary relief. On April 30, 2010, this court requested a response and denied the emergency
motion for temporary relief in part. On May 5, 2010, relator filed a second emergency motion for
temporary relief. The court has considered relator's petition for writ of mandamus and real party in
interest's response and is of the opinion that relator is not entitled to the relief sought. Accordingly,

---

[1] This proceeding arises out of Cause Nos. 2008CVE001933 D3 and 2008CVE001933 B-D3, styled *Dolores Fabiola Lopez, et al. v. Land Line Express, Ltd., et al.*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Elma T. Salinas Ender, presiding.

the petition for writ of mandamus, the emergency motion for temporary relief, and the second emergency motion for temporary relief are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM